IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

RYMAR STELLA, LLC, a Utah Resident,   CASE NO:

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, a Foreign
Corporation,

    Defendant.
_____/

## PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court
for the Middle District of Florida

Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Westchester"), hereby Petitions for Removal of the above-styled action from the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, to this Court. Removal is proper on the following grounds:

Plaintiff, RYMAR STELLA LLC, commenced a civil action in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, styled *Rymar Stella LLC LLC v. Westchester Surplus Lines Insurance Company*, Case No. 23-CA-12336. (*See* Pl. Compl. attached hereto as Exhibit "A").

The Summons and Complaint in this case were served on this Defendant's registered agent on November 9, 2023. (*See* Not. Service of Process, attached hereto as Exhibit "B").

The Plaintiff's Complaint alleges on or about September 28, 2022, Plaintiff's dwelling sustained a covered loss. Plaintiff's property is located at 2452 Stella St., Fort Myers, Lee County, Florida 33901, ("Insured Property"). (*See* Pl. Compl. ¶ 6 and 9).

Westchester provided certain insurance coverage to the Insured Property under a Commercial Policy, Policy No. FSF16620348 001 ("Policy"), for which coverage is subject to the terms, conditions, limitations and exclusions within the Policy. (*See* Policy Declarations Page, attached hereto as Exhibit "C").

As a result of the loss, Plaintiff alleges their property suffered damages which Defendant has failed to fully pay to replace and/or repair the Plaintiff's Commercial property. *(See* Pl. Compl. ¶ 15).

The Complaint, which contains a single count for Breach of Contract, alleges that this action in excess of $50,000.00. (*See* Pl. Compl. ¶ 1). Prior to filing this lawsuit, Plaintiff filed Property Insurance Notice of Intent to Initiate Litigation, Notice, No.: 124173 on July 5, 2023. This notice states the estimate of damages is $1,122,330.00. (*See* Notice attached hereto as Exhibit "D").

Furthermore, Plaintiff also seeks to recover attorney's fees under Fla. Stat. 627.428 and/or 627.70152. (*See* Pl. Compl. ¶ 19). Notably, the Eleventh Circuit has stated that "[w]hen a statute authorizes the recovery of attorney's fees, a reasonable amount of those fees is included in the amount in controversy." *Morrison v. Allstate Indemnity Co.*, 228 F.3d 1255, 1265 (11th Cir. 2000); *see Lutz v. Protective Life Ins. Co.*, 328 F. Supp. 2d 1350, 1356 (S.D. Fla. 2004)(providing that "[i]t seems likely that a 'reasonable amount' would include more than just those fees induced before removal"). When looking at the totality of the circumstances, including a reasonable amount

of attorney's fees, the amount in controversy well surpasses the threshold making this case removable.

Upon information and belief, Plaintiff was and is Wyoming corporation, at all times material to the action, with a principal address located at 1883 WEST ROYAL HUNTE DRIVE, SUITE 200A, CEDAR CITY, UT 84720. (*See* sunbiz.org record attached as Exhibit "E"). Further, the only member/manager listed is located in California. *See* Exhibit E.

At the time of the filing of the Complaint and Notice of Removal, and at all times material hereto, Westchester was and is a citizen of Georgia and Pennsylvania because it is a Georgia Corporation with its principal place of business in Pennsylvania. Accordingly, Defendant is a foreign corporation. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.")

Removal of this action is proper under 28 U.S.C. § 1332, which allows for District Courts jurisdiction over, "all civil actions where the matter in controversy exceeds the sum or value of $75,000.00" and is between citizens of a State and citizens or subjects of a foreign state. 28 U.S.C. § 1332, 1441 and 1446, *et seq*.

Venue is proper in this Court under 28 U.S.C. § 1332.

Given the aforementioned, upon information and belief and in good faith, Defendant asserts that the amount in controversy in this matter exceeds the jurisdictional minimum, exclusive of interest and costs, pursuant to the Plaintiff's Complaint and assertions to support their damage claim.

Westchester has filed its Petition for Removal within 30 days of receiving service of the Complaint on November 9, 2023. Thus, Westchester has timely filed the instant Petition for

Removal. See 28 U.S.C. § 1446(b); *Mikesell v. FIA, N.A.*, 936 F. Supp. 2d 1327, 1331 (M.D. Fla. 2013) (notice of removal timely under 28 U.S.C. § 1446(b) when filed within 30 days after receipt of other paper under the statute).

Following the filing of this Petition with this Court, written notice of filing of same will be provided to the attorney for Plaintiff, as required by law.

Following the filing of this Petition with this Court, a true and accurate copy of the same will be filed with the Clerk of Court of the Twentieth Judicial Circuit Court of Lee County, Florida, as required by law.

Pursuant to 28 U.S.C § 1446(a), Defendant will file a true and legible copy of important process, pleadings, and orders on file in the state court with this Petition for Removal.

WHEREFORE, Westchester Specialty Insurance Company respectfully requests that the above-styled action be removed to the United States District Court for the Middle District of Florida.

Dated: December 8, 2023

Respectfully submitted,

**KELLEY KRONENBERG**

/s/ *Todd A. Schwartz*
**Todd A. Schwartz, Esq.**
Fla. Bar No.: 118417
tschwartz@kelleykronenberg.com
10360 West State Road 84
Fort Lauderdale, FL  33324
Telephone: (954) 370-9970
Facsimile: (954) 382-1988
Attorneys for Defendant
Address for service of pleadings only:
tschwartz@kelleykronenberg.com
lsorescu@kelleykronenberg.com

## CERTIFICATE OF SERVICE

**KELLEY KRONENBERG**

/s/ *Louisa M Ramsammy*

**Louisa M Ramsammy, Esq.**
Fla. Bar No.: 119351
lramsammy@kelleykronenberg.com
**Todd A. Schwartz, Esq**.
Fla. Bar No.: 118417
tschwartz@kelleykronenberg.com
10360 West State Road 84
Fort Lauderdale, FL  33324
Telephone: (954) 370-9970
Facsimile:  (954) 382-1988
**Attorneys for American Integrity Insurance Company**
Address for service of pleadings only:
lramsammy@kelleykronenberg.com
tschwartz@kelleykronenberg.com
mcastro@kelleykronenberg.com