IN THE CIRCUIT COURT OF THE 20th
JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA

CASE NO. _____

RYMAR STELLA, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY,

    Defendant.

_____/

## COMPLAINT

Plaintiff, RYMAR STELLA, LLC, hereby sues Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY ("Insurance Company"), and alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorney's fees.

2. The Plaintiff is an individual who at all times material hereto resided in Lee County, Florida.

3. The Insurance Company is a corporation qualified to do business in Florida and has, at all times material hereto, conducted business in Lee County, Florida.

4. Venue is proper in Lee County, Florida.

5. All conditions precedent to the filing of this lawsuit have occurred, been waived or have been performed.

### GENERAL ALLEGATIONS

6. At all times material to this Complaint, the Plaintiff owned the property at 2452 Stella St., Fort Myers, FL 33901 ("Property").

7. At all times material hereto, in consideration of a premium paid by the Plaintiff, Insurance Company issued a homeowners insurance policy, policy number FSF16620348 ("Policy") for the Property. The Plaintiff is not in possession of a full copy of the Policy sued upon herein and is therefore unable to attach a copy of the entire policy that forms the basis for this Complaint. A copy of the Policy will be obtained via discovery.

8. Pursuant to the terms of the Policy, Insurance Company agreed to provide insurance coverage to the Property for all risks.

9. On or about 09/28/2022, while the policy was in full force and effect, the Property sustained a covered loss ("Loss".)

10. The Loss was reported to the Insurance Company.

11. The Insurance Company assigned claim number KY23K20348 to the Loss.

## COUNT I – BREACH OF CONTRACT

12. Plaintiff reincorporates paragraphs 1 through 11 set forth herein.

13. Insurance Company acknowledged that the Loss was covered, but underpaid the claim.

14. Plaintiff has done all, or substantially all, of the essential things that the Policy requires or was excused from doing such things.

15. Insurance Company has failed or refused to acknowledge the covered Loss and pay the full value of the claim to return the Property to its pre-loss condition.

16. Insurance Company materially breached the Policy by failing to pay all of the benefits due and owing under the Policy.

17. Plaintiff is entitled to interest for the unpaid benefits due and owing pursuant to Florida Statute §627.70131(7)(a).

18. Plaintiff has suffered and continues to suffer damages as a direct and proximate result from the Insurance Company's breach of the Policy.

19. The Plaintiff was forced to retain legal counsel to represent their interests in the cause and is obligated to pay a reasonable amount of attorney's fees and costs pursuant to Florida Statute §627.428 and/or §627.70152.

WHEREFORE, Plaintiff, RYMAR STELLA, LLC, demands judgment against the Defendant, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, for an amount exceeding Fifty Thousand Dollars ($50,000.00), and costs, interest, pre-judgment interest, attorney and paralegal fees and all other relief deemed just and appropriate by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Date: November 2, 2023

Respectfully submitted,

                                                **LAW OFFICES OF ANIDJAR & LEVINE, P.A.**

                              By:    /s Nicholas P. Basco
                                       NICHOLAS P. BASCO, ESQ.
                                       FBN 47990
                                       GLEN LEVINE
                                       FBN 144355
                                       *Attorney for Plaintiff*
                                       300 SE 17th St.
                                       Fort Lauderdale, FL 33316
                                       Tel: (954) 525-0050/ Fax: (954) 525-0020
                                       nbasco@anl-law.com
                                       hedwards@anl-law.com