UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RYMAR STELLA, LLC, a Utah Resident

    Plaintiff,

v.                                                                    Case No. 2:23-cv-1160-SPC-KCD

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Hurricane Ian Scheduling Order, Plaintiff, RYMAR STELLA, LLC, a Utah Resident, together with Defendant, Westchester Surplus Lines Insurance Company, hereby notify this Court that this matter has been resolved by Settlement. The parties will file a joint stipulation for dismissal upon execution of the final settlement agreement.

Respectfully submitted this 20th day of May, 2025.

| | |
|---|---|
| */s/ Gil Kochavi* | */s/Todd A. Schwartz* |
| Gil Kochavi, Esq. | Todd A. Schwartz, Esq. |
| HL Law Group, P.A. | Kelley Kronenberg |
| 2601 East Oakland Park Blvd., Suite 503 | 10360 West State Road 84 |
| Fort Lauderdale, FL 33306 | Fort Lauderdale, FL 33324 |
| *Counsel for Plaintiff, Rymar Stella, LLC* | *Counsel for Defendant, Westchester* |
| *A Utah Resident* | *Surplus Lines Insurance Company* |